1
2
3
4
5
6
7

8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9    TACOMA DIVISION

10   MARY ALICE RUIZ,                            Civil No. 3:14-CV-05741-KLS

11           Plaintiff,

12        vs.
                                                 ORDER OF REMAND
13   CAROLYN W. COLVIN,
     Acting Commissioner of Social Security,
14
             Defendant.
15

16           Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

17   case be REVERSED and REMANDED for further administrative proceedings pursuant to

18   sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall

19   update the record and further evaluate the opinion evidence in the record. The ALJ shall further

20   consider Plaintiff's medically determinable impairments at steps 2 and 3 of the sequential

21   evaluation process, with the assistance of an appropriate medical expert, if warranted. The ALJ

22   shall further evaluate Plaintiff's credibility; as necessary, further evaluate the Plaintiff's

23   maximum residual functional capacity throughout the period at issue, including addressing

24   whether Plaintiff requires a walker to ambulate. If warranted, the ALJ shall obtain supplemental

Page 1       ORDER OF REMAND - [3:14-cv-05741-KLS]

vocational expert evidence.

Plaintiff is entitled to reasonable attorney fees pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 11th day of February, 2015.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Heather L. Griffith
HEATHER L. GRIFFITH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3709
Fax: (206) 615-2531
heather.griffith@ssa.gov

Page 2        ORDER OF REMAND - [3:14-cv-05741-KLS]